**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **KENDRA C. SMITH and** | ) | |
| **KAIA M. JORDAN** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:25-cv-01077** |
| | ) | **Richardson/Holmes** |
| **JESSICA CROWDER** *et al.* | ) | |

**O R D E R**

By Order entered November 13, 2025 (Docket Entry No. 52), this *pro se* civil case was referred to the Magistrate Judge for pretrial proceedings.

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties are exempt from the initial disclosures required by Rule 26(a) and the requirements of Rule 26(f). Pursuant to Local Rule 16.01(c)(1), this case is also exempt from customized case management. At the appropriate time, the Court will enter a scheduling order that sets out the pretrial deadlines for the progression of this case.

So **ORDERED**.

**Signed By:**

*J. Gregory Wehrman*

**United States Magistrate Judge**